DEMUTH, Respondent, v. NEW YORK LIFE INS. & TRUST CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1915.) In the matter of Jeanette Demuth against the New York Life Insurance & Trust Company, as trustee, etc., impleaded with others. A. S. Andrews, of Owego, for appellant. J. S. McDonogh, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 N. Y. Supp. 1118.

DEMUTH v. NEW YORK LIFE INS. & TRUST CO. SAME v. KEMP et al. (Nos. 7631, 7632.) (Supreme Court, Appellate Division, First Department. June 25, 1915.) Appeal from Special Term, New York County. Two actions by Jeanette Demuth against the New York Life Insurance & Trust Company, as trustee, and others; and Arthur T. Kemp and others. From orders granting motions to satisfy of record judgments in favor of the defendants, they appeal. Reversed, and motions denied. See, also, 165 App. Div. 77, 150 N. Y. Supp. 981. Alexander S. Andrews, of New York City, for appellants. James S. McDonogh, of New York City, for respondent.

PER CURIAM. As the matters in controversy should await the determination of the action brought by the plaintiff in Kings county

under section 1391 of the Code of Civil Procedure, the orders appealed from should be reversed, with $10 costs and disbursements, and the motions denied, with $10 costs.